UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DAVID LONG,  )
  )
                Plaintiff,  )  Case No. C20-5645RSL
  )
    v.  )
  )  ORDER TO SHOW CAUSE
MATTHEW WEIS, *et al.*,  )
  )
                Defendants.  )
_____)

On July 10, 2020, the Court issued an order requiring the parties to file a Joint Status Report by August 7, 2020. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, August 28, 2020, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of July 10, 2020. The Clerk is directed to place this Order to Show Cause on the Court's calendar for August 28, 2020.

DATED this 11th day of August 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE