The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID LONG, an individual,<br><br>          Plaintiff,<br><br>  v.<br><br>MATTHEW WEIS and "JANE DOE" WEIS, individually and the marital community composed thereof; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>          Defendants. | Case No. 3:20-cv-05645-RSL<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Allstate Property and Casualty Insurance Company, by and through their undersigned counsel, stipulate and request that this Court dismiss the above-captioned action, and all claims and causes of action asserted therein by Plaintiff against Defendants, with prejudice and without attorneys' fees or costs to any party.

DATED this 31st day of August, 2020.

| FOX ROTHSCHILD, LLP | HERRMANN LAW GROUP |
|---|---|
| *s/ Bryan J. Case* | *s/ Anthony Marsh* |
| Gavin W. Skok, WSBA #29766 | Anthony Marsh, WSBA #45194 |
| Bryan J. Case, WSBA #41781 | |
| Laura P. Hansen, WSBA #48669 | *Attorneys for Plaintiff* |

*Attorneys for Defendant Allstate Property and Casualty Insurance Company*

## ORDER

THIS MATTER, having come before the Court on the foregoing stipulation of Plaintiff and Defendant Allstate Property and Casualty Insurance Company, and being fully advised of the same, the Court ORDERS THAT the above-captioned action and all claims and causes of action asserted herein by Plaintiff against all Defendants are dismissed with prejudice and without attorneys' fees or costs to any party.

Dated this 1st day of September, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

 s/ Bryan J. Case
Gavin W. Skok, WSBA #29766
Bryan J. Case, WSBA #41781
Al Roundtree, WSBA #54851

*Attorneys for Defendants*

HERRMANN LAW GROUP

s/ Anthony Marsh
Anthony Marsh, WSBA #45194

*Attorneys for Plaintiff*